IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAURA MAIETTA and WESLEY WILSON III<br><br>v.<br><br>C.R. BARD, INC. et al. | CIVIL ACTION<br><br>NO. 19-4170 |
|---|---|

### ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, on this 19th day of August, 2022, for the reasons stated in the foregoing Memorandum and upon careful consideration of Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion for Summary Judgment (ECF 66, 67, 68), Plaintiffs Laura Maietta and Wesley Wilson III's Response (ECF 79, 80), and Defendants' Reply (ECF 93), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** as to the strict liability claims and **DENIED** as to the other claims and the issue of punitive damages.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-4170 Maietta v CR Bard\19cv4170 Order re MSJ.docx