**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LAURA MAIETTA, et al.,** <br><br> v. <br><br> **C R BARD INCORPORATED, et al.,** | **CIVIL ACTIO1N** <br><br> **NO. 19-4170** |

## REPORT OF FINAL PRETRIAL CONFERENCE

    **AND NOW**, this 13th day of September, 2022, the Court held a final pretrial conference by telephone on this date.   As a result of the conference, it is hereby **ORDERED** that final pretrial procedures are as follows:

1.    Jury selection shall take place on **Thursday, November 3, 2022** at **9:30 a.m**. in **Courtroom 3A**.   Counsel shall exchange voir dire questions at least 48 hours prior thereof.

2.    Trial will start on **Monday, November 7, 2022** at **9:00 a.m**. in **Courtroom 3A**.

3.    Parties shall exchange trial exhibits no later than **September 26, 2022**.

4.    The parties shall also prepare, as appropriate, accurate summaries and/or charts of evidence pursuant to Federal Rule of Evidence 1006.

5.    Any objections to exhibits shall be served within seven (7) days of receipt, and the parties shall have discussions to resolve objections.   Any unresolved objections shall be submitted to the Court prior to the start of trial.

6.    The parties shall serve any deposition designations by **October 5, 2022** followed by objections and/or counter-designations within fourteen (14) days.

7.    Motions in limine are due **October 3, 2022**.   Responses are due within seven (7) days.

8.    Points for charge, voir dire questions, and proposed jury verdict forms shall be filed by **October 31, 2022**.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**