UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA MAIETTA and<br>WESLEY WILSON III,<br><br>*Plaintiffs,*<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>*Defendants.* | CIVIL ACTION NO. 2:19-cv-04170-MMB |

## STIPULATION REGARDING BIFURCATION OF TRIAL

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") and Plaintiffs Laura Maietta and Wesley Wilson, III, hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 42(b) and to avoid prejudice, the trial of this case should be conducted as follows: determining liability, compensatory damages, and whether punitive damages should be awarded in the first phase of trial and, if necessary, determining the amount of punitive damages immediately thereafter.

Respectfully submitted this 30th day of September, 2022.

| | |
|---|---|
| *s/ Clifford A. Rieders*<br>Clifford A. Rieders<br>Pa. Bar No. 20962<br>Sasha B. Coffiner<br>Pa. Bar. No. 320294<br>Rieders, Travis, Humphrey, Waters & Dohrmann<br>161 West Third Street<br>Williamsport, PA 17701<br>(Tel) 570-323-8711<br>E-mail: crieders@riederstravis.com | *s/ Matthew E. Brown*<br>Matthew E. Brown<br>Pa. Bar No. 93541<br>Nelson, Mullins, Riley & Scarborough, LLP<br>One Financial Center, Suite 3500<br>Boston MA  02111<br>(Tel) 617-573-4700<br>E-mail: matt.brown@nelsonmullins.com<br><br>Richard B. North, Jr. (*Pro Hac Vice*)<br>Elizabeth C. Helm (*Pro Hac Vice*) |

E-mail: scoffiner@riederstravis.com

Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-322-6000
E-mail: richard.north@nelsonmullins.com
E-mail: kate.helm@nelsonmullins.com

James F. Rogers (*Pro Hac Vice*)
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Email: jim.rogers@nelsonmullins.com

Brian T. Feeney
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: 215-988-7877
Fax: 215-988-7801
feeneyb@gtlaw.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*