# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAURA MAIETTA & WESLEY WILSON, III | CIVIL ACTION |
|---|---|
| v. | NO. 19-4170 |
| C R BARD INCORPORATED & BARD PERIPHERAL VASCULAR INCORPORATED | |

## ORDER

**AND NOW, TO WIT:** This 20th day October, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Amanda Frazier

Amanda Frazier
Deputy Clerk